IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

04 JUL 20 PM 2: 48

DISTRICT COURT
N.D. OF ALABAMA

ELIZABETH BEASLEY, )
 )
    Petitioner, )
 )
vs. ) CIVIL ACTION NO. 02-AR-1735-S
 )
CAPTAIN BEN KING, et al., )
 )
    Respondents. )

ENTERED
JUL 2 0 2004

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed.[1] An appropriate order will be entered.

DONE, this 20th day of July, 2004.

_____
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE

---

[1] The copy of the report and recommendation mailed to the petitioner at her last known address was returned to the court marked "Return to Sender."